## SUPPLEMENTAL DECLARATION OF PATRICK GRIEGO (00952)

I, Patrick Grirgo, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury that the following is true, and pursuant to Rule 1-011(B) NMRA affirm under penalty of perjury under the laws of the State of New Mexico that the following statement are true and correct to the best of my knowledge:

1.      My name is Patrick Griego. My brother, Robert Griego, and sister-in-law, Denise Greigo, and I are victims of the Hermit's Peak/Calf Canyon (HP/CC) Fire. Our property that was damaged by the Fire is 1261 State Highway 434, Guadalupita, New Mexico, 87722. My land was backburned during the fire.

2.      On October 24, 2023, my attorneys filed a suit on my behalf entitled *Griego v. FEMA*, 1:23-CV-00937-JFR-KK.

3.      On October 26, 2023, two FEMA Representatives came to my home in Guadalupita, New Mexico and offered me $1,500,000.00 to settle my case if I agreed to terminate the relationship with my attorney. My attorney was not present at that time and they made no indication that they had permission from my attorney to speak with me directly. FEMA is aware that I am represented by counsel. The representatives of FEMA were a man and a woman.

4.      On Friday November 3, 2023, around 11:00 am, I received a phone call from Sherrie Serna, a FEMA Representative, inquiring about the October 26, 2023 settlement offer. I did not respond to Ms. Serna.

Dated: 11-3-23               [sign] *Patrick Griego*

                                                Patrick Griego