**James Browning**

**From:** Hope Eckert
**Sent:** Tuesday, February 6, 2024 7:53 PM
**To:** James Browning; Clay Wilwol
**Cc:** Kaleb McCain; Damon Nieto
**Subject:** FEMA cases/conflict prevention

**CAUTION - EXTERNAL:**

Hello Your Honor.
I wanted to give you notice that I am a consultant for Singleton Schreiber whose FEMA cases were just assigned to you. I think it would be best not to have the students work on these cases, or if that does not work, at least not discuss or report their time with any information about them.
We will follow your guidance.
Thank you,

Hope Eckert
Adjunct Professor
UNM School of Law

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*[Handwritten note: File in all 8 FEMA cases. 2/15/24]*

*[Handwritten initials and date: 2/15/24]*

1